IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                                         No. CIV S-10-2887 KJM-GGH

    vs.

KAMIR, INC., et al.,

    Defendants.                               <u>ORDER</u>

_____/

        This matter comes before the court upon the failure of the parties to file a joint status report and the failure of defendants to procure counsel.

        28 U.S.C. § 1654 states: "In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct therein." "It is well established that the privilege to represent oneself *pro se* provided by § 1654 is personal to the litigant and does not extend to other parties or entities." *Simon v. Hartford Life & Accident Ins. Co.*, 546 F.3d 661, 664 (9th Cir. 2008). Defendants Kamir, Inc. and Kandahari Trading Co. cannot proceed in this matter pro se.

///

///

1

Defendants are hereby ORDERED to procure counsel within thirty days of entry of this order. Failure to do so will result in the entry of default against defendants.[1]

In light of this order, plaintiff's status report is hereby STRICKEN. (ECF 12.)

IT IS SO ORDERED.

DATED: March 28, 2011.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that default has already been entered against defendant Kandahari Trading Co. (ECF 10), and that defendant has filed a "notice" with respect to that default.

2