IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                           No. CIV S-10-2887 KJM GGH

   vs.

KAMIR, INC., et al.,

      Defendants.                     <u>ORDER</u>

/

        The court issued an order on March 29, 2011 instructing defendants that their failure to procure counsel within thirty days of the entry of the order would result in the entry of default. (ECF 13.) Defendants have failed to procure counsel.

        "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend . . . the clerk must enter the party's default." FED. R. CIV. P. 55(a). Defendants have failed to defend.

        Accordingly, the default entered against defendant Kandahari Trading Co. remains in effect and the Clerk is hereby DIRECTED to ENTER DEFAULT against defendant Kamir, Inc.

/////

/////

1

1    IT IS SO ORDERED.

2   DATED: May 19, 2011.

3   _____
    UNITED STATES DISTRICT JUDGE